IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 2:13-CR-00045-RWS |
| STANLEY J. KOWALEWSKI, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [84] of Magistrate Judge J. Clay Fuller and Defendant's Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendation [88]. As an initial matter, Defendant's unopposed Motion for Extension of Time [88] is **GRANTED**, and Defendant's Objections to the Report and Recommendation [89] have been considered by the Court.

After reviewing the Report and Recommendation and Defendant's Objections thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Produce Grand Jury Transcripts [29], Motion to Disclose All Communications between the U.S. Attorney's Office and the SEC [34], and

Motion to Suppress Evidence Obtained in Violation of Defendant's Attorney-Client and Work Product Privileges [30] are **DENIED**. Defendant's Motion to Suppress Statements [31] is **GRANTED**. The Government's Motion for Determination of Applicability of Attorney-Client Privilege to Advice Allegedly Rendered by Martha Peddrick [32] is **GRANTED**, and the Court finds that the attorney-client privilege does not apply to the advice rendered by Martha Peddrick.

      **SO ORDERED** this   24th   day of November, 2014.

                                              **RICHARD W. STORY**
                                              United States District Judge