# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:13-cr-00045-RWS-JCF**
**USA v. Kowalewski et al**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Open Court on 11/05/2015.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:50 P.M.   COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 4:05   DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [1]Stanley J. Kowalewski Present at proceedings |
| ATTORNEY(S) PRESENT: | Victoria Calvert representing Stanley J. Kowalewski<br>Mildred Dunn representing Stanley J. Kowalewski<br>Stephen McClain representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| MOTIONS RULED ON: | DFT#1-[143]Motion to Strike DENIED |
| MINUTE TEXT: | Witnesses sworn and testified: Linda Downing, Scott Carunana, Leon Locklear. Government exhibits admitted: 222, 223, 247-250, 252, 258-261, 265, 266. Defendant exhibit admitted: 25. Government rest. Defendant Oral Motion for Rule 29 Dismissal - Court Denied. Defendant rest. Parties closing argument. Court charges the jury. Jury deliberations. Jury verdict. Jury polled. Defendant Oral Motion for Bond - Court Denied. Remand to USM. Sentence hearing date to be set. All exhibits returned to the parties. |
| HEARING STATUS: | Hearing Concluded<br>VERDICT: Guilty as to Counts 1-24. |
| TRIAL STATUS: | Trial Completed by Jury Verdict |