IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| STANLEY J. KOWALESKI,<br>BOP Reg. No. 63179-019,<br><br>  Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA.,<br><br>  Respondent. | CRIMINAL ACTION FILE<br><br>No. 2:13-CR-0045-SCJ-1 |

## O R D E R

This matter is currently before the court on the Magistrate Judge's Report and Recommendation ("R&R"). Doc. No. [283]. The R&R recommends that Movant's successive 28 U.S.C. § 2255 Motion to Vacate be dismissed without prejudice because this Court lacks subject-matter jurisdiction. Movant has filed a response to the R&R stating that he has no objections to the dismissal and explains that the Motion was filed in error. Doc. No. [287].

Because the Magistrate Judge is correct that this Court lacks subject-matter jurisdiction over this successive § 2255 petition (and Movant agrees), the R&R is **ADOPTED** as the Order and Opinion of this Court.

IT IS SO ORDERED this 29th day of November, 2023.

_____
HONORABLE STEVE C. JONES
United States District Judge

2